ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Cutter Enterprises, LLC | ) | ASBCA No. 61936 |
| | ) | |
| Under Contract No. W912TF-14-D-0513 | ) | |

APPEARANCE FOR THE APPELLANT:   Peter J. Martin, Esq.
                                 Hinckley, Allen & Snyder LLP
                                 Hartford, CT

APPEARANCES FOR THE GOVERNMENT:   Raymond M. Saunders, Esq.
                                   Army Chief Trial Attorney
                                   Harry M. Parent III, Esq.
                                   Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: July 18, 2019

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61936, Appeal of Cutter Enterprises, LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals